3

---

**UNITED STATES DISTRICT COURT**        **SOUTHERN DISTRICT OF TEXAS**

---

PRAXIS ENERGY AGENTS S.A.            §
                                     §
                 Plaintiff,          §
                                     §
*versus*                             §    CIVIL ACTION   B-02- 028
                                     §
M/V DINA                             §
                                     §
                 Defendant.          §

United States District Court
Southern District of Texas
ENTERED

**FEB 1 5** 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER TO SEIZE A VESSEL

1.  **The United States Marshal for the Southern District of Texas is ordered to:**

    A.   **Seize the M/V DINA, her equipment and appurtenances;**

    B.   **Serve a copy of the complaint and the warrant for the seizure on the person in possession of the ship or his agent; and**

    C.   **Return the warrant promptly.**

2.  **At the risk and expense of the vessel's interests, normal operations, including cargo handling, may continue aboard the vessel, and it may shift to another berth within the Port of Brownsville.**

3.  **The vessel may be released from seizure without a further order of this court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation and they consent to the release, (b) the attorney files the consent, and (c) the court has not entered an order to the contrary.**

Dated: February 15, 2002

_____
UNITED STATES JUDGE

**UNITED STATES DISTRICT COURT**     `     **SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| PRAXIS ENERGY AGENTS S.A. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION **B-02- 028** |
| *versus* | § | |
| | § | |
| M/V DINA | § | |
| | § | |
| Defendant. | § | |

## WARRANT TO SEIZE A VESSEL

TO:    The Marshal


      You are commanded immediately to arrest the M/V DINA, her equipment and appurtenances, and to serve a copy of the complaint and this warrant on the person in possession of the vessel or his agent, and promptly to return this writ.

MICHAEL N. MILBY, Clerk

Dated: _2-15-02_     By: _____

                                 Deputy Clerk

Warrant.wpd