

United States District Court
Southern District of Texas
FILED

FEB 22 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PRAXIS ENERGY AGENTS S.A. | § | |
| | § | |
| VS. | § | C.A. No. B-02-028 |
| | § | Admiralty |
| M/V DINA, her engines, tackle, | § | Rule 9(h) |
| appurtenances, etc., *in rem* | § | |

## CONSENT TO RELEASE OF THE VESSEL

As the attorney-in-charge for the proponent of the seizure of the M/V DINA, I represent that:

1. My client consents to the release of the vessel;

2. Counsel representing all parties consent to the release; and

3. The Court has not entered an order that would prevent the release of the vessel.

Respectfully submitted,

Dimitri P. Georgantas
Attorney-In-Charge
Texas State Bar No. 07805100
Federal I.D. No. 2805
Seth A. Nichamoff
Texas State Bar No. 24027568
Federal I.D. No. 27002
815 Walker Street, Suite 953
Houston, Texas 77002
Telephone: (713) 546-9800
Facsimile: (713) 546-9806

ATTORNEYS FOR PLAINTIFF PRAXIS ENERGY AGENTS S.A.

OF COUNSEL:
GEORGANTAS & WALTERS, L.L.P.

K:\client\99\134\consentvessel.wpd