# RETURN OF SERVICE

C A B-02-28

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2/15/02 |
| NAME OF SERVER (PRINT) Adel A. Ahmed | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Dock 3, Port of Brownsville

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

FEB 25 2002

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/15/02
            Date

Signature of Server: Adel A. Ahmed

Federal Courthouse, 600 E. Harrison, Suite 1032, Brownsville, TX 78520
Address of Server

2/15/02- 3:00p.m.-4:00p.m., DUSM Ahmed, was served.
Service Fee: $45.00
Total Mileage Charge: $0.00
Total Charge: $45.00

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.