| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PRAXIS ENERGY AGENTS, S.A | B-02-028 |
| **DEFENDANT** M/V DINA, her engines, tackle, appurtenances, etc. in rem | **TYPE OF PROCESS**<br>Order to Release Vessel |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

US MARSHALS SERVICE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 600 E. Harrison, Room 1032 Brownsville, Texas 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DIMITRI P. GEORGANTAS
GEORGANTAS & WALTERS L.L.P
815 WALKER STREET, SUITE 953
HOUSTON, TEXAS 77002-5721

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

United States District Court
Southern District of Texas
FILED

FEB 27 2002

Michael N. Milby
Clerk of Court

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| ON FILE | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk<br>*Mark Walker* | Date<br>03/18/02 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 02/18/02 | 3:00 | pm |

Signature of U.S Marshal or Deputy
*Mark Walker*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $135.00 | $18.25 | -0- | $153.25 | -0- | $153.25 | -0- |

**REMARKS:**
ENDEAVOR: 02/18/2002 2:30 PM. DUSM Walker was contacted bt attorneys for the plantiff, who advised that the M/V Dina could be released. Plaintiffs FAXED a Consent To Release of the Vessel to the USMS. DUSM Walker forwarded the FAX to the security company and the harbor master. Vessel was released at 5:30 PM. 50 miles round trip. 1 DUSM.

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|