*//*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PRAXIS ENERGY AGENTS S.A., | § § § | |
| VS. | § § | C. A. NO. B-02-028<br>IN ADMIRALTY |
| M/V DINA *in rem* | § | FED. R. CIV. P. 9(h) |

## DOLPHINA SHIPPING, INC. OF MARSHALL ISLANDS' VERIFIED STATEMENT OF OWNERSHIP INTEREST

Dolphina Shipping, Inc. of Marshall Islands, pursuant to Rule C (6), of the Supplemental Rules for Certain Admiralty Maritime Claims, and subject to the restrictions of Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and preserving its rights under Rule 12(b) of the Federal Rules of Civil Procedure, including specifically that Dolphina Shipping, Inc. of Marshall Islands is not subject to personal jurisdiction in this Court, states that it was at the time of the filing of the Complaint herein, and still is, the true and bona fide owner of the M/V DINA, her engines, tackle, etc.; wherefore, it prays to defend accordingly.

49824:1003558.1:022802

-2-

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
    John F. Unger
    State Bar No. 20690660
    Federal I.D. No. 2808
    1001 McKinney
    Suite 1100
    Houston, Texas 77002-6418
    Telephone: (713) 224-8380
    Facsimile: (713) 225-9945

    Attorney in charge for Dolphina Shipping,
    Inc. of Marshall Islands, owner of the
    M/V DINA

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

49824:1003558.1:022802      -2-

## CERTIFICATE OF SERVICE

I hereby certify that on this __28__ day of __Feb'y__, 2002, a true and correct copy of this document was mailed to the following counsel of record:

Dimitri P. Georgantas
Georgantas & Walters, L.L.P.
Suite 953
815 Walker Street
Houston, Texas 77002

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

49824:1003558.1:022802                     -3-

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

John F. Unger, being duly sworn, deposes and says that he is a partner with the law firm of Royston, Rayzor, Vickery & Williams, L.L.P., attorney for Dolphina Shipping, Inc. of Marshall Islands herein; that he has read the foregoing Verified Statement of Ownership, knows the contents thereof and that the same are true and correct to the best of his knowledge, information and belief; that the sources of affiant's information are previous communications with representatives of Dolphina Shipping, Inc. of Marshall Islands; that the reason this verification is made by affiant and not by Dolphina Shipping, Inc. of Marshall Islands is that Dolphina Shipping, Inc. of Marshall Islands is a foreign entity and no officer is immediately available to make this verification.

_____
John F. Unger

SWORN TO AND SUBSCRIBED BEFORE ME, this 28th day of February 2002.

_____
Notary Public in and for
The State of Texas

49824:1003558.1:022802                    -4-