

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PRAXIS ENERGY AGENTS S.A., | § | |
| | § | |
| | § | |
| VS. | § | C. A. NO. B-02-028 |
| | § | IN ADMIRALTY |
| M/V DINA *in rem* | § | FED. R. CIV. P. 9(h) |

### DEFENDANT'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the M/V DINA, *in rem*, Defendant in the above-entitled and -numbered cause, and hereby designates the following persons/entities who may have a financial interest in the outcome of this matter:

1. Praxis Energy Agents S.A., Plaintiff

2. Dolphina Shipping, Inc. of Marshall Islands

3. Eastmark Associates, Inc.
   New York, New York

4. Georgantas and Walters, L.L.P., Attorneys for Plaintiff

5. The United Kingdom P & I Club

6. Royston, Rayzor, Vickery & Williams, L.L.P. - Attorneys for Defendants

49824:1003569.1:022802

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
John F. Unger
State Bar No. 20690660
Federal I.D. No. 2808
1001 McKinney
Suite 1100
Houston, Texas 77002-6418
Telephone: (713) 224-8380
Facsimile: (713) 225-9945

Attorney in charge for Defendant
M/V DINA, *in rem*,

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

49824:1003569.1:022802

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2002, a true and correct copy of this document was mailed to the following counsel of record:

Dimitri P. Georgantas
Georgantas & Walters, L.L.P.
Suite 953
815 Walker Street
Houston, Texas 77002

Of Royston, Rayzor, Vickery & Williams, L.L.P.

49824:1003569.1:022802

-3-