United States District Court
Southern District of Texas
FILED

MAR 1 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PRAXIS ENERGY AGENTS S.A., | § | |
| | § | |
| | § | |
| VS. | § | C. A. NO. B-02-028 |
| | § | IN ADMIRALTY |
| M/V DINA *in rem* | § | FED. R. CIV. P. 9(h) |

## UNOPPOSED MOTION TO TRANSFER VENUE TO
## SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, Praxis Energy Agents S.A., and respectfully requests that the Court transfer this matter to the Houston Division, of the Southern District of Texas. In support thereof, Plaintiff respectfully asserts as follows:

### I.
### FACTUAL BACKGROUND

Plaintiff has brought this claim against the M/V DINA, *in rem*, in connection with bunkers (fuel) supplied to the vessel at various foreign ports.

Plaintiff alleges that it obtained jurisdiction over the *in rem* Defendant M/V DINA by arrest pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Defendant M/V DINA, by and through her owner, Dolphina Shipping, Inc. of Marshall Islands, has appeared in this suit.

49824:1003611.1:022802

## II.
## ARGUMENT

The decision as to whether this matter should be transferred is wholly within the Court's discretion. However, given the controlling legal authority and the lack of opposition to transfer by the parties, it is submitted that transfer to the Houston Division is warranted in this case. Transfer to the Houston Division is authorized by 28 U.S.C. §1404(b), which states:

> Upon motion, consent or stipulation of all parties, any action, suit or proceeding of a civil nature... may be transferred, in the discretion of the Court, from the division in which pending to any other division in the same district...

*See White v. ABCO Engineering Corp.*, 199 F.3d 140 (3rd Cir. 1999).

Defendant M/V DINA is not opposed to this Motion, however, Defendant is not waiving any FED. R. CIV. P. 12(b) defenses by such lack of opposition. None of the parties are citizens of the State of Texas. Material witnesses reside outside the State of Texas. Plaintiff does not anticipate retaining any expert witnesses residing in the Brownsville area. All counsel of record reside in Houston, Texas.

Litigating this matter in the Houston Division would be more convenient and less expensive, for the parties, material witnesses, and would serve the interests of justice. This matter is in the early stages and transfer will not prejudice the rights of any party, nor will it cause a delay or hardship.

## III.
## CONCLUSION

BASED UPON THE FOREGOING, Plaintiff respectfully requests that this matter be transferred to the Houston Division of the Southern District of Texas.

Respectfully submitted,

By: /s/ Dimitri P. Georgantas /san
Dimitri P. Georgantas
TBA: 07805100
SDTX: 2805
815 Walker Street
Suite 953
Houston, Texas 77002
Telephone: (713) 546-9800
Facsimile: (713) 546-9806

**ATTORNEY IN CHARGE FOR
PLAINTIFF PRAXIS ENERGY AGENTS S.A.**

OF COUNSEL:

GEORGANTAS & WALTERS, L.L.P.

## CERTIFICATE OF NON OPPOSITION

Counsel for the Plaintiff and Defendant M/V DINA have conferred regarding the disposition of this Motion and Defendant is not opposed to the transfer of this case from Brownsville to the Houston Division in the Southern District of Texas.

*Dimitri P. Georgantas/san*
Of Georgantas & Walters, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via certified mail, return receipt requested on this 15th day of March, 2002, to:

John F. Unger
Royston, Rayzor, Vickery & Williams, L.L.P.
1001 McKinney
Suite 1100
Houston, Texas 77002-6418

*Dimitri P. Georgantas/san*
Of Georgantas & Walters, L.L.P.